STEPHEN M. HAYES (SBN 83538)
RYAN Z. KELLER (SBN 249193)
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone: (650) 637-9100
Attorneys for Plaintiff,
ALLIED WORLD SURPLUS LINES INS. CO.

RICHARD W. VANIS, JR. (SBN 186302)
MATTHEW J. ESCHENBURG (SBN 198279)
MOKRI VANIS & JONES, LLP
4100 Newport Place, Suite 840
Newport Beach, California 92660
Telephone: (949) 226-7040
Attorneys for Defendants,
LYLE PARKS, JR. CONSTRUCTION, INC.;
ALBERTA DEVELOPMENT PARTNERS, LLC;
ALBERTA TIERRA LUNA MANAGEMENT, LLC; IRG DOWNEY, LLC; and PCCP IRG DOWNEY, LLC

ELIZABETH A. SKANE (SBN 187752)
J. DOUGLAS CAFFAREL (SBN 137789)
SKANE MILLS LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 702-1635
Attorneys for Defendant,
COMMAND PERFORMANCE CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY PROTECTION SERVICES, INC.; LYLE PARKS JR. CONSTRUCTION, INC.; ALBERTA DEVELOPMENT PARTNERS, LLC; ALBERTA TIERRA LUNA MANAGEMENT, LLC.; IRG DOWNEY, LLC.; PCCP IRG DOWNEY, LLC.; COMMAND PERFORMANCE CONSTRUCTORS, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 8:20-CV-01792 DOC (ADSx)<br><br>**STIPULATION OF DISMISSAL**<br><br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)(A)(ii)]** |

2040476

**STIPULATION OF DISMISSAL– CASE NO. 8:20-CV-01792 DOC(ADSx)**

IT IS HEREBY STIPULATED by all parties who have appeared - plaintiff Allied World Surplus Lines Insurance Company by and through its attorney of record, Ryan Z Keller, Esq. of Hayes Scott Bonino Ellingson & Guslani, LLP; defendants Lyle Parks, Jr. Construction, Alberta Tierra Luna Management, LLC, PCCP IRG Downey, LLC, , and IRG Downey, LLC by and through their attorney of record, Matthew J. Eschenburg, Esq. of Mokri Vanis & Jones LLP; and defendant Command Performance Constructors, Inc., by and through their attorney of record, J. Douglas Caffarel, Esq. of Skane & Mills, LLP, - that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii) and a global settlement.  Each side to bear its own attorney fees and costs.

Dated:  August 24, 2023            HAYES SCOTT BONINO ELLINGSON & GUSLANI, LLP

By:    */S/ Ryan Z Keller*
STEPHEN M. HAYES
RYAN Z. KELLER
Attorneys for Plaintiff
ALLIED WORLD SURPLUS LINES INSURANCE COMPANY

Dated:  August 24, 2023            MOKRI VANIS & JONES, LLP

By:    */S/ Matthew J Eschenburg*
RICHARD W. VANIS, JR
MATTHEW J. ESCHENBURG
Attorneys for Defendants
LYLE PARKS JR. CONSTRUCTION, ALBERTA TIERRA LUNA MANAGEMENT, LLC, PCCP IRG DOWNEY, LLC, and IRG DOWNEY, LLC

Dated:  August 24, 2023            SKANE MILLS LLP

By:    */S/ J. Douglas Caffarel*
ELIZABETH A. SKANE
J. DOUGLAS CAFFAREL
Attorneys for Defendant
COMMAND PERFORMANCE CONSTRUCTORS, INC.